UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 23-367 JMB/JFD

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>(1) CORNELL MONTEZ CHANDLER,<br>    JUNIOR,<br>    a/k/a "CJ,"<br><br>(2) ROBIEL LEE WILLIAMS,<br>    a/k/a "Moe Bills,"<br><br>(3) QUIJUAN HOSEA BANKHEAD,<br>    a/k/a "Chefboi,"<br><br>(4) STARDASHA CHRISTINA<br>    DAVENPORT-MOUNGER,<br><br>(5) PHYU WIN JAME,<br><br>(6) FO'TRE DEVINE WHITE,<br><br>(7) AMAYA TIFFANY-NICOLE MIMS,<br><br>(8) SHARDAI RAYSHELL ALLEN, and<br><br>(9) DA'SHAWN NATORI DOMENA,<br>      Defendants. | **INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(o)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>18 U.S.C. § 924(d)(1)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 846<br>21 U.S.C. § 853<br>26 U.S.C. § 5845(b)<br>28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
**(Conspiracy to Distribute Fentanyl)**

Beginning in or around August 2022 and continuing through on or about December 12, 2023, in the State and District of Minnesota and elsewhere, the defendants,

SCANNED
DEC 12 2023
U.S. DISTRICT COURT MPLS

<u>U.S. v. Cornell Montez Chandler, Jr. et al.</u>

**CORNELL MONTEZ CHANDLER, JUNIOR**,
a/k/a "CJ,"
**ROBIEL LEE WILLIAMS,**
a/k/a "Moe Bills,"
**QUIJUAN HOSEA BANKHEAD,**
a/k/a "Chefboi,"
**STARDASHA CHRISTINA DAVENPORT-MOUNGER,**
**PHYU WIN JAME,**
**FO'TRE DEVINE WHITE,**
**AMAYA TIFFANY-NICOLE MIMS,**
**SHARDAI RAYSHELL ALLEN, and**
**DA'SHAWN NATORI DOMENA,**

did knowingly and intentionally conspire with each other and with others known and unknown to the grand jury, to distribute a controlled substance, specifically 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propenamide (commonly called "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

<u>COUNT 2</u>
(Felon in Possession of a Firearm)

On or about July 27, 2023, in the State and District of Minnesota, the defendant,

**FO'TRE DEVINE WHITE,**

having previously been convicted of the following crime, which was punishable by imprisonment for a term exceeding one year, namely,

U.S. v. Cornell Montez Chandler, Jr. et al.

| Crime | Jurisdiction of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Residential Entry (6th-degree felony) | Lake County, IN | April 8, 2021 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, the following firearms:

| Firearm |
|---|
| A Glock model 19X 9mm pistol bearing serial number BTED413; and |
| A Rock Island model 1911 .45 caliber pistol bearing serial number RIA2155126; |

all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3
(Possessing a Machinegun)

On or about July 27, 2023, in the State and District of Minnesota, the defendant,

**FO'TRE DEVINE WHITE,**

did knowingly possess a machinegun, that is, a Glock model 19X 9mm pistol bearing serial number BTED413, equipped with an attached conversion device, commonly known as a "switch" or "auto sear," enabling it to be fired as a fully automatic weapon by a single function of the trigger, knowing it had characteristics that made it a machinegun as defined by Title 26, United States Code, Section 5845(b), all in violation of Title 18, United States Code, Sections

<u>U.S. v. Cornell Montez Chandler, Jr. et al.</u>

922(o) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a).

If convicted of Count 1 of this Indictment, the defendants,

**CORNELL MONTEZ CHANDLER, JUNIOR**,
a/k/a "CJ,"
**ROBIEL LEE WILLIAMS,**
a/k/a "Moe Bills,"
**QUIJUAN HOSEA BANKHEAD,**
a/k/a "Chefboi,"
**STARDASHA CHRISTINA DAVENPORT-MOUNGER,**
**PHYU WIN JAME,**
**FO'TRE DEVINE WHITE,**
**AMAYA TIFFANY-NICOLE MIMS,**
**SHARDAI RAYSHELL ALLEN, and**
**DA'SHAWN NATORI DOMENA,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendants obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations.

Counts 2 and 3 of the Indictment are hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28,

U.S. v. Cornell Montez Chandler, Jr. et al.

United States Code, Section 2461(c).

As a result of the offenses alleged in Counts 2 and/or 3 of the Indictment, the defendant,

**FO'TRE DEVINE WHITE,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories (including any magazines, switches, conversion devices, auto sears, and other firearms parts), and ammunition, involved in or used in the offenses alleged, including, but not limited to, a Glock model 19X .45 caliber pistol bearing serial number BTED413, equipped with an attached conversion device, commonly known as a "switch" or "auto sear;" and a Rock Island model 1911 9mm pistol bearing serial number RIA2155126.

All in violation of Title 18, United States Code, Sections 922(g)(1), 922(o)(1), 924(a)(2), 924(c), and 924(d)(1), Title 26, United States Code, Section 5845(b), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                FOREPERSON