UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 23-367(9) (JMB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S UNOPPOSED MOTION** |
| | ) | **TO MODIFY CONDITIONS** |
| DA'SHAWN NATORI DOMENA, | ) | **OF RELEASE** |
| | ) | |
| Defendant. | ) | |

Defendant Da'shawn Domena, through undersigned counsel, hereby moves the Court for an order modifying conditions of release for the limited purpose of granting him permission to travel to Benton Harbor, Michigan from November 14-16, 2024. The grounds for this motion are that Mr. Domena wishes to attend the funeral of his cousin Essence Crayton scheduled on November 15, 2024. There will not be any risk or harm created by allowing Mr. Domena to take his requested trip.

Undersigned counsel has conferred with the prosecutor who has not objection to this motion.

Dated:  November 6, 2024                LAW OFFICE OF JORDAN S. KUSHNER

                                        By s/Jordan S. Kushner
                                           Jordan S. Kushner, ID 219307
                                           Attorney for Defendant
                                           431 South 7th Street, Suite 2446
                                           Minneapolis, Minnesota  55415
                                           (612) 288-0545